**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA    :    No. 64 MM 2018
                                               :

                    v.                       :

JORGE PARAMO MORA                 :

PETITION OF: AMPARITO ARRIAGA,     :
ESQUIRE                                         :


## ORDER


**PER CURIAM**

     **AND NOW**, this 23rd day of May, 2018, in consideration of the "Motion of Amparito Arriaga for Leave to Withdraw," this matter is REMANDED to the Court of Common Pleas of Chester County for that court to determine whether counsel should be granted leave to withdraw. *See* Pa.R.Crim.P. 120(B) (providing that an attorney may not unilaterally withdraw his or her appearance in a criminal matter; rather, a court must determine whether leave to withdraw is warranted).

     If the attorney is permitted to withdraw, the court is DIRECTED to determine whether Jorge Paramo Mora is to be appointed new counsel or is to proceed *pro se*. The Court of Common Pleas of Chester County is DIRECTED to enter its order regarding this remand within 45 days and to promptly notify this Court of its determination.